IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  :<br>  :<br>        Plaintiff,  :<br>  :<br>v.  :<br>  :<br>SIX HUNDRED FOURTEEN THOUSAND  :<br>THREE HUNDRED THIRTY-EIGHT  :<br>DOLLARS AND NO CENTS  :<br>($614,338.00) IN  :<br>UNITED STATES CURRENCY,  :<br>  :<br>        Defendant *in rem*.  : | Civil Action No. 15-1190-LPS |

## ORDER

WHEREAS, a Verified Complaint *in rem* was filed on December 22, 2015. (D.I. 1.). The Complaint alleged that the Defendant *in rem* were forfeit to the United States for violations of 21 U.S.C. § 881;

WHEREAS, it appearing that process was fully issued in this action and returned according to law;

WHEREAS, notice of said forfeiture action and arrest was sent to Shawn Baker, a person or business with an alleged interest in the property, on December 24, 2015 (D.I. 5.);

WHEREAS, Shawn Baker, Claimant, filed a Claim and Answer for the Defendant *in rem* on January 22, 2016 and February 19, 2016 respectively (D.I. 7, 9.);

WHEREAS, On April 13, 2018, The Honorable Leonard P. Stark granted the Plaintiff's Motion to Strike Shawn Baker's Claim and Answer as a sanction for Claimant's refusal to be deposed and participate in discovery (D.I. 46); and

WHEREAS, no other claims or responses were filed against the Defendant *in rem*, as required by Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

NOW, THEREFORE, IT IS ORDERED this 9th day of May, 2018, that:

(1) the United States' Motion for Default Judgment is GRANTED;

(2) a Judgment and Decree of Forfeiture be entered by the Clerk pursuant to Fed. R. Civ. P. 58 for the United States and against the Defendants *in rem* in the proposed form attached and as follows:

(a) the Defendant *in rem* is forfeit to the United States of America and all right, title or interest in the property shall be disposed of in accordance with the terms of 21 U.S.C. § 881 and other applicable law, and all other claims and interest in said property are forever foreclosed and barred; and

(b) that the United States Marshals (or a designee) dispose of said property in the manner provided for upon forfeiture of personalty under applicable law.

THE HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE